460 A.2d 841

Commonwealth v. Cortez, Appellant.

Reargument Denied June 20, 1983.

Submitted October 27, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., filed a memorandum dissenting opinion.